

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

RICHARD SCHULTZ                                                        PLAINTIFF

vs.                                                        Civil Action No. 3:04cv907(L)(N)

TELECORP PCS AMENDED AND RESTATED
CHANGE OF CONTROL SEVERANCE PLAN
and AT&T WIRELESS SERVICES, INC.                                      DEFENDANTS

## JUDGMENT

WHEREAS plaintiff Richard Schultz timely accepted on Offer of Judgment served under Fed. R. Civ. P. 68 by defendants the Telecorp PCS Amended and Restated Change of Control Severance Plan and AT&T Wireless Services, Inc.,

IT IS HEREBY ORDERED THAT JUDGMENT IS ENTERED in favor of plaintiff Richard Schultz and against defendants Telecorp PCS Amended and Reseated Change of Control Severance Plan and AT&T Wireless Services, Inc., in the amount of One Hundred Thirty-Six Thousand and No/100 Dollars ($136,000.00), inclusive of all costs and fees in this matter.

DATED this 13th day of February, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

1

[36438-1021-000000/Judgment.doc]